In re Picard, Roy; Picard, Tammy; Security Life Ins. Co.; Frederick, Cleve & Tank Co. Inc.; Cleve Frederick & Son Tank Co.;— Plaintiffs); applying for writ of certiorari and/or review; Parish of St. Mary, 16th Judicial District Court, Div. “B”, No. 86,203; to the Court of Appeal, First Circuit, No. CW92 2242.
Granted. Judgment of the court of appeal is set aside, and the judgment of the trial court denying summary judgment is reinstated. See Malloy v. Bryan E. Talbot Contractor, Inc., 94-1148 (La. 7/1/94); 639 So.2d 1181 (La.1994); Hanks v. Shell Oil Co., 94-0483 (La. 4/4/94); 635 So.2d 1118 (La.1994); Moore v. Crystal Oil Co., 93-3103 (La. 2/5/94); 632 So.2d 758 (La.1994). Case re *863 manded to the district court for further proceedings.
CALOGERO, C.J., and HALL, J., would grant the writ and docket.
DENNIS, J., not on panel.